UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond Valero,        )
                             )
        Plaintiff,     )
                             )
     v.               )     Civil Action No.     **11 1441**
                             )
                             )
President Barack Obama *et al.*   )
                             )
        Defendants.    )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, is frivolous).

Plaintiff, a Texas inmate confined in Lovelady, Texas, sues President Barack Obama, the United States, the State of Texas, a Texas judge, and an attorney. *See* Compl. at 4. He claims that "[t]he president and former presidents . . . [have] been cruelly hurting the poor American citizen . . . with these cruelly and painfully slavery (federal and state prison & jail)." Compl. at 5. Plaintiff "demand[s]" that this Court enter a judgment of acquittal and seeks $7 billion in damages. *Id.*

The complaint not only presents the type of fantastic or delusional scenarios found to justify immediate dismissal as frivolous, *Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994), but it is frivolous also because it lacks "an arguable

basis in law and fact." *Brandon v. District of Columbia Bd of Parole*, 734 F.2d 56, 59 (D.C. Cir.

1984). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: August ___ Y ___, 2011                United States District Judge